No. 1141. FUHS v. ILLINOIS. See *post*, p. 858.

No. 1204. SAYLOR, DOING BUSINESS AS BELL COACH LINES, v. STRAIGHT CREEK BUS, INC. ET AL. May 21, 1945. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Savage* v. *Jones,* 225 U. S. 501, 533; *Carey* v. *South Dakota,* 250 U. S. 118, 122; *Townsend* v. *Yeomans,* 301 U. S. 441, 454; *Allen-Bradley Local* v. *Board,* 315 U. S. 740, 749. *Mr. Samuel M. Rosenstein* for appellant. *Mr. Leslie W. Morris* for appellees.

No. 1218. DOSS v. LINDSLEY, SHERIFF. May 21, 1945. *Per Curiam:* The appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code as amended, 28 U. S. C. § 344 (a). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code as amended, 28 U. S. C. § 344 (c), certiorari is denied. *Mr. Richard E. Westbrooks* for appellant.

No. —. EX PARTE VERGIL D. McMILLAN;
No. —. EX PARTE WOOD v. SWYGERT, JUDGE; and
No. —. WILSON v. HINMAN. May 21, 1945. Applications denied.

No. —. EX PARTE RAYMOND O. DEMAUREZ; and
No. —. WALEY v. JOHNSTON, WARDEN. May 21, 1945. The motions for leave to file petitions for writs of habeas corpus are denied.